UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| VIMUEL NEAL RIDGEWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:13-CV-389 |
| v. ) | |
| ) | Collier/Carter |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

On December 31, 2014, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 13). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS** that:

(1) The plaintiff's motion for summary judgment (Court File No. 10) is **DENIED**;

(2) The defendant's motion for summary judgment (Court File No. 11) is **GRANTED**;

(3) The Commissioner's decision denying benefits to the plaintiff is **AFFIRMED**; and

(4) This action is **DISMISSED.**

Because no further matters remain for adjudication, the Clerk of Court is directed to **CLOSE** the case.

**SO ORDERED.**

1

ENTER:

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT